# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Commodity Futures Trading Commission

        Plaintiff,

v.               Case No.: 1:15−cv−05839
                  Honorable Sara L. Ellis

Yumin Li, et al.

        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 9, 2016:

   MINUTE entry before the Honorable Sara L. Ellis: Enter Opinion and Order. The Court grants CFTC's motion for summary judgment [47]. The Court orders Defendants to disgorge $300,462.50, plus post−judgment interest, in ill−gotten gains and return it to the Tanius Account. Additionally, the Court orders Defendants to pay a civil penalty of $901,387.50 to CFTC. The Court enjoins Li from trading in the commodity futures market for five years and permanently enjoins Li from violating the Act. The Court enjoins Kering from allowing Li to trade futures on its account or consulting Li on any futures related matters for five years. The Court also permanently enjoins Kering from future violations of the Act. The Court grants in part and denies in part CFTC's motion to strike [65]. The Court strikes Li's Amended Response to the Joint Statement of Facts and the Morgan declaration. The Court enters judgment for CFTC. The case is terminated. Mail ILND 450. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.